1
2
3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERMELANDO MONGE PIEDRA, et al.<br><br>              Petitioners,<br><br>     v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>              Defendants. | C14-457 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, Chief United States Magistrate Judge, docket no. 26. The R&R recommends that this matter, which was captioned as a civil rights class action, but was docketed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, be dismissed without prejudice because the individual *pro se* petitioners, who are not attorneys authorized to practice before this Court, may not pursue a class action or otherwise litigate on behalf of others, have not made the requisite showing for appointment of counsel, and did not sign the operative pleading. The Court agrees with the R&R that the original posture of this case was improper.

Before the R&R was entered, the Clerk generated letters to each of the 30 named petitioners indicating that they had failed to submit a proper *in forma pauperis* ("IFP")

ORDER - 1

form.  *See* docket no. 5.  Fifteen of these letters were returned as undeliverable because the individuals to whom they were addressed were not at the Northwest Detention Center in Tacoma, Washington.  The copies of the R&R mailed to these 15 petitioners were also returned as undeliverable.  *See* docket nos. 27-31, 33-38, 40-41, & 43-44.  In addition, the copies of the R&R mailed to three other petitioners were returned, resulting in a total of 18 undelivered copies of the R&R.  *See* docket nos. 32, 39, & 42.  After the deadline expired for filing objections to the R&R, eight petitioners, including two whose mail was returned as undeliverable, filed amended complaints, docket nos. 45-52, which no longer assert a class action.

As to these eight petitioners, namely Mario Torres Armas, Jose Vladimir Gaytan Venegas, Benito Garcia Celis, Favio Hernandez Guzman, Jesus Lule Arerrando, Saul Bello Vargas, Hermelando Monge Piedra, and Joel Enrique Rivera Palma, the Court DECLINES to adopt the R&R and hereby REFERS the matter to Chief Magistrate Judge Theiler for further proceedings.  With regard to the other 22 petitioners,[1] the Court ADOPTS the R&R, DISMISSES the claims of such petitioners without prejudice, and DENIES any IFP applications of such petitioners as moot.  With respect to petitioner Angel Perez Martinez, the Clerk is DIRECTED to refund the $5 filing fee received on

---

[1] The claims of the following petitioners are dismissed without prejudice:  Cipriano Pacheco Espana, Ramon Mendoza Pascual, Victor Hugo Moreno Garcia, Angel Perez Martinez, Jose Luz Pineda Andrade, Jose Perez Machic, Edwin Aguilar Leon, Sergio Lazano Camarena, Claudio Lopez Ruiz, Armando Gonzalez Lopez, Arnuflo Angelino Chavez Ramirez, Enrique Palmo Mendoza, Miguel Angel Becerra Cisneros, Vincente De Jesus Vasquez Acevedo, Eliazar Angulo Cervantes, Francisco Barajas Herrera, Juan Jaime Cruz Guardado, Francisco Arturo Osuna Contreras, Julio Cesar Ruiz Arcienega, Alejandro Flores Panso, Roberto Carlos Raimundo Austudillo, and Ezekiel Guzman Zarate.

ORDER - 2

1  April 8, 2014.  The Clerk is further DIRECTED to send a copy of this Order to each

2  petitioner *pro se* and to Chief Magistrate Judge Theiler.

3       IT IS SO ORDERED.

4       Dated this 26th day of June, 2014.

                                      Thomas S. Zilly
                                      United States District Judge

ORDER - 3