UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERMELANDO MONGE-PIEDRA, et al., | )<br>) CASE NO. C14-0457-TSZ |
| Petitioners, | )<br>) |
| v. | ) ORDER OF DISMISSAL<br>) |
| DEPARTMENT OF HOMELAND SECURITY, et al., | )<br>)<br>) |
| Respondents. | )<br>) |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 71, to which no timely objection was filed, Orders as follows:

1. The Court ADOPTS the Report and Recommendation;

2. Respondents' motion to dismiss, docket no. 70, is GRANTED;

3. The first, second, third, and sixth claims in petitioner's amended habeas petition, docket no. 58, are DISMISSED without prejudice for lack of jurisdiction, the fourth and fifth claims in the amended petition are DENIED as moot, and the

ORDER OF DISMISSAL
PAGE -1

seventh claim in the amended petition, concerning access to counsel, is DENIED on the merits;

4. The Clerk is DIRECTED to close this case and to send a copy of this Order to the parties and to Magistrate Judge Theiler.

DATED this 6th day of November , 2014.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL
PAGE -2